**1:26-cr-0190**
**Judge Joan H. Lefkow**
**Magistrate Judge Jeannice W. Appenteng**
**Random / Cat. 4**



**FILED**
4/27/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. |
| v. | Violations: Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A) |
| EDUARDO CARMONA | |

## COUNT ONE

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about August 17, 2025, at Oak Park, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency from the person and in the presence of an employee of a 7-Eleven store, located at 661 South Boulevard in Oak Park, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 19, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency from the person and in the presence of an employee of a 7-Eleven store, located at 2010 North Damen Avenue in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

2

## COUNT THREE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 19, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### EDUARDO CARMONA,

defendant herein, did attempt to obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did attempt to unlawfully take and obtain United States currency from the person and in the presence of an employee of a 7-Eleven store, located at 6000 West Higgins Avenue in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 26, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency and property from the person and in the presence of an employee of a 7-Eleven store, located at 2759 North Harlem Avenue in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

4

## COUNT FIVE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 26, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about August 31, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency and property from the person and in the presence of an employee of a 7-Eleven store, located at 2421 West 103rd Street in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

6

## COUNT SEVEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 2, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency from the person and in the presence of an employee of a 7-Eleven store, located at 2759 West Touhy Avenue in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

7

## COUNT EIGHT

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 2, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Seven of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

8

## COUNT NINE

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did obstruct, delay, and affect "commerce," and the movement of any article and commodity in commerce by "robbery," as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in that the defendant did unlawfully take and obtain United States currency from the person and in the presence of an employee of a 7-Eleven store, located at 4346 North Kimball Avenue in Chicago, Illinois, against the employee's will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TEN

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about September 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

EDUARDO CARMONA,

defendant herein, did use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery affecting commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Nine of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. The allegations contained in this Indictment are incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Sections 1951(a) and 924(c)(1)(A), as alleged in the foregoing Indictment,

EDUARDO CARMONA,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offenses.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), includes but is not limited to property seized on or about September 4, 2025, including:

11

a.  One black Glock 45 9mm pistol with laser attachment, bearing serial number BTUG607, and associated ammunition;

b.  One thirty-round extended magazine; and

c.  One hundred eighty-eight dollars in United States Currency.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY

12